IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 05-6030-01-CR-SJ-GAF |
| ) | |
| **MARK B. DAVIDSON,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Now pending before the Court is defendant's Motion to Suppress Evidence seized at the time of his arrest on the ground that police had no probably cause to arrest him. On March 22, 2006, an evidentiary hearing was held on defendant's Motion to Suppress. On April 5, 2006, United States Magistrate Judge Robert E. Larsen issued his Report and Recommendation. On April 17, 2006, defendant filed his objections to the Report and Recommendation.

Upon careful and independent review of the pending motion and suggestions in support thereof, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress Evidence (Doc. #32)is OVERRULED and DENIED.

SO ORDERED.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: April 18, 2006